STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**EDDIE SILVA MARTINEZ**      Case No. 11-07147-BKT

Chapter 13      Attorney Name: JUAN O CALDERON LITHGOW*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Substitute | | | |

Date & Time: 9/27/2011 1:00:00PM

[ ] R     [X] NR     LV: 0.00

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

**II. Oath Administered**
     [ ] Yes      [X] No

**III. Plan**

Date: 08/26/2011     Base: $18,000.00    Payments 0 made out of 1 due.

Confirmation Hearing Date: 11/4/2011 2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
    $3,000.00 - $0.00 = $3,000.00

**IV. Status of Meeting**

[ ] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date: 11/10/2011 1:00:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

EDDIE SILVA MARTINEZ                    Case No.   11-07147-BKT

                               Chapter 13    Attorney Name:   JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State  - years |
| [ ] Insuarence quote | [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income | |

**COMMENTS**

Meeting continued as per counsel's request.  Counsel states that amendments and documents are to be provided to the Trustee.

1) 5 days to provide DSO info and evidence of being current with post petition payments.
DSO recipient name is Sylvia Arroyo.

2) Provide evidence of all sources of income.  Also provide evidence as to spouse's income.

3) 10 days to receive payment or motion to dismiss to be filed.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**EDDIE SILVA MARTINEZ**  Case No.  **11-07147-BKT**

Chapter 13  Attorney Name:  **JUAN O CALDERON LITHGOW***

| s/Pedro R Medina | Date: 09/27/2011 |
|---|---|
| **Trustee/Presiding Officer** | (Rev. 02/11) |